were special equities requiring a conclusion that defendant-husband had an equitable interest in the property, it is not necessary for us to deal with the contention there was an implied partnership relationship.

For the foregoing reasons that part of the decree granting full title to the farm and residence to the plaintiff-wife is reversed and remanded to the trial court for proceedings in accordance with this opinion.

Reversed and remanded with directions.

SCOTT, P. J., and ALLOY, J., concur.

*In re* JAMES GALLAGHER, a Minor—(THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* JAMES GALLAGHER, a Minor, Respondent-Appellee.)

(No. 73-184; ▮)

Second District—September 10, 1974.

Jack Hoogasian, State's Attorney, of Waukegan (John G. Radosevich, Assistant State's Attorney, of counsel), for the People.

Paul S. Chervin, of Waukegan, for appellee.